

# NUMBER 13-19-00573-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE LAKEITH RAQIB AMIR-SHARIF

On Petition for Writ of Mandamus.

# ORDER

### Before Justices Benavides, Longoria, and Perkes
### Order Per Curiam

Relator Lakeith Raqib Amir-Sharif, proceeding pro se, filed a petition for writ of mandamus in the above cause on November 8, 2019. Through this original proceeding, relator seeks to compel the trial court to comply with the recusal procedures provided by Texas Rule of Civil Procedure 18a. *See* TEX. R. CIV. P. 18a(f). The Court requests that the real parties in interest, Warren Kenneth Paxton Jr. on behalf of the Office of the Attorney General of the State of Texas, Law Enforcement Defense Division; and Sharon Howell as General Counsel for the Texas Department of Criminal Justice, or any others whose interest would be directly affected by the relief sought, file a response to the

petition for writ of mandamus on or before the expiration of ten days from the date of this order.  *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
12th day of November, 2019.